FILED
JUN 24 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 24 2020
Magistrate Judge Beth W. Jantz
United States District Court

20CR 309

JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| v. ) | |
| ) | Violations: Title 18, United States |
| LARRY JONES, ) | Code, Section 1956(a)(3)(A); and |
| a/k/a "Lil Larry," ) | Title 21, United States Code, |
| MARSHA FOUNTAIN, and ) | Sections 841(a)(1) and 846 |
| JAMAR SPENCER, ) | |
| a/k/a "Red," "Freckles" ) | **Under Seal** |

COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

1. Beginning on or about August 6, 2018, and continuing until on or about September 3, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"
MARSHA FOUNTAIN, and
JAMAR SPENCER, a/k/a "Red," "Freckles,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

1

2. With respect to LARRY JONES, the offense involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

3. Before LARRY JONES committed the offense charged in this count, LARRY JONES had a final conviction for a serious violent felony, namely, a conviction in Case Number 97 CR 1538201 (Circuit Court of Cook County, Illinois) for attempted murder, in violation of 720 ILCS 5/9-1(a)(1), for which he served more than 12 months of imprisonment.

4. Before JAMAR SPENCER committed the offense charged in this count, JAMAR SPENCER had a final conviction for a serious drug felony, namely, a conviction in Case Number 06 CR 1750401 (Circuit Court of Cook County, Illinois), for manufacture or delivery of a controlled substance, in violation of 720 ILCS 570/401, for which he served a term of imprisonment of more than 12 months and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 6, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry," and
MARSHA FOUNTAIN,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 6, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"

defendant herein, with intent to promote the carrying on of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, involving property represented by a confidential source to be proceeds of specific unlawful activity, namely, the felonious buying and selling and otherwise dealing in a controlled substance;

In violation of Title 18, United States Code, Section 1956(a)(3)(A).

## COUNT FOUR

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 15, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about September 19, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1. On or about October 24, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

>LARRY JONES, a/k/a "Lil Larry," and
>JAMAR SPENCER, a/k/a "Red," "Freckles,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

2. Before JAMAR SPENCER committed the offense charged in this count, JAMAR SPENCER had a final conviction for a serious drug felony, namely, a conviction in Case Number 06 CR 1750401 (Circuit Court of Cook County, Illinois), for manufacture or delivery of a controlled substance, in violation of 720 ILCS 570/401, for which he served a term of imprisonment of more than 12 months and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT SEVEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about December 18, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.  On or about February 20, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY JONES, a/k/a "Lil Larry,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

2.  Before LARRY JONES committed the offense charged in this count, LARRY JONES had a final conviction for a serious violent felony, namely, a conviction in Case Number 97 CR 1538201 (Circuit Court of Cook County, Illinois) for attempted murder, in violation of 720 ILCS 5/9-1(a)(1), for which he served more than 12 months of imprisonment.

# COUNT NINE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1. On or about September 3, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> LARRY JONES, a/k/a "Lil Larry," and
> MARSHA FOUNTAIN,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

2. Before LARRY JONES committed the offense charged in this count, LARRY JONES had a final conviction for a serious violent felony, namely, a conviction in Case Number 97 CR 1538201 (Circuit Court of Cook County, Illinois) for attempted murder, in violation of 720 ILCS 5/9-1(a)(1), for which he served more than 12 months of imprisonment.

# FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in this Indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in this Indictment, defendant LARRY JONES shall forfeit to the United States of America any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

3. If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the

United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

                                                 A TRUE BILL:

                                                 _____

                                                 FOREPERSON

_____
UNITED STATES ATTORNEY