IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

v.

Larry Jones (1)

Case Number: 20 CR 309-1
Magistrate Judge Beth W. Jantz

## ORDER

Initial appearance proceedings held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by teleconference. Defendant appears in response to arrest on 06/25/2020. Defendant informed of his rights. Attorney Robert Loeb is granted leave to appear on behalf of defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. The Government's oral motion for pretrial detention is entered and continued. Detention hearing set for 06/30/2020 at 3:00 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Arraignment proceedings held. Defendant acknowledges receipt of the Indictment; waives formal reading of the Indictment and enters a plea of not guilty to each count in which is named. Rule 16.1 (a) conference to be held by 07/02/2020. Pretrial motions to be filed by 07/16/2020. Response to be filed by 07/30/2020. Reply to be filed by 08/06/2020. Status hearing before Judge Kendall set for 08/20/2020 at 1:30 p.m. In the interest of justice, time is excluded from 06/25/2020 to and including 08/20/2020 pursuant to 18 USC 3161(h)(7).

Defendant is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court.

(00:30)

Date:  06/25/2020

_____
Beth W. Jantz
United States Magistrate Judge