IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Larry Jones (1) | Case Number: 20 CR 309 (1)<br>Magistrate Judge Beth W. Jantz |

## ORDER

Detention hearing as to Larry Jones (1) held on 06/30/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by teleconference. Attorney Robert Loeb's oral motion to withdraw as counsel for defendant is granted. Attorney James Tunick's oral motion to substitute as counsel for defendant is granted. Attorney James Tunick is directed to file his appearance forthwith. Detention hearing continued to 07/02/2020 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant shall remain in custody pending further order of the Court.

(00:45)

Date: 06/30/2020

Beth W. Jantz
United States Magistrate Judge