IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff**<br><br>          v.<br><br>**LARRY JONES,**<br>    **Defendants** | )<br>)<br>) No. 20 CR 309-1<br>) Judge Kendall<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR MODIFICATION OF BOND EXTENDING JONES' CURFEW HOURS ON AUGUST 30, 2020

Defendant, Larry Jones ("Jones"), by and through his attorney, James D. Tunick, moves this Honorable Court for an order granting Jones a curfew modification on August 30, 2020 until 9:30 pm and in support, proffers to this Court as follows:

1. Jones is currently on home detention which allows him to work on a five or six day a week work schedule. Jones is also permitted to go to church with his family on Sundays from 11:00 am – 3:00 pm.

2. Recently, the aunt/second mom of the mother of Jones' children, Shinesha Houston, passed away. The services will be on Sunday August 30, 2020 from 12:00-4:00 pm and there will follow a family dinner from 5:30-8:30 pm shortly after the funeral services.

3. Jones has not had any violations since he has been on bond. Additionally, counsel has communicated with US Pre-trial Officer Bonestroo and AUSA Walker who have no objection to extending Jones curfew on August 30, 2020 for this purpose.

4. As a result, Jones is seeking to modify his curfew hours on Sunday August 30, 2020 to 11:00 am-9:30 pm based on the above.

Wherefore, Defendant, Larry Jones, respectfully requests that this Honorable Court enter an order modifying Jones' bond to modify his curfew on August 30, 2020 from 11:00 am until 9:30 pm.

Respectfully submitted,

/s James D. Tunick

### CERTIFICATE OF SERVICE

I James D. Tunick hereby certify that foregoing **DEFENDANT LARRY JONES MOTION TO MODIFY THE CONDITIONS OF HIS BOND** was served on August 24, 2020 in accordance with Fed.R.Crim.P.49(b), Fed.R.Civ.P.5(b)(2)(D), LR 5.5, Fed.R.Civ.P.5(e) and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ James D. Tunick

**LAW OFFICE OF JAMES D. TUNICK**
650 N. Dearborn St
Suite 700
Chicago, IL 60654
Tel (773)425-1657