IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | No. 20 CR 309-1 |
| LARRY JONES, | ) | |
| | ) | Judge Virginia M. Kendall |
| Defendant. | ) | |

### DEFENDANT LARRY JONES' MOTION TO PLEAD GUILTY ON JANUARY 19, 2023 AND REMAIN ON BOND AND SELF-SURRENDER OR DELAY THE ACCEPTANCE OF HIS GUILTY PLEA UNTIL MAY 1, 2023 OR TO CONTINUE THE DATE FOR HIS GUILTY PLEA UNTIL MAY 1, 2023

Defendant Larry Jones, by his attorney, Phillip A. Turner, respectfully requests that this Court either allow him to plead guilty on January 19, 2023 and remain on bond and self-surrender or allow him to plead guilty and delay the acceptance of his guilty plea until May 1, 2023 or to continue the date for his guilty plea until May 1, 2023. In support of this motion, defendant Larry Jones states the following:

1. Larry Jones has a plea agreement with the government and is scheduled to plead guilty on January 19, 2023.

2. Mr. Jones has a legitimate job working for 1 City United with offices at 5219 West Lake Street Chicago, Illinois. 1 City United has contracts with

the City of Chicago to clean up blighted areas on the west and south sides of Chicago. Larry Jones has become a supervisor of one of the organization's cleaning and clearing groups. Attached is a letter from Larry Hardimon, Vice-President of 1 City United, describing the organization and its mission. Also, the letter sets forth the need to have Larry Jones available until May 1, 2023.

3. The letter indicates the nature of the organization and the salutary effect that this organization is attempting to have on the communities on the west and south sides of Chicago.

4. As indicated in the letter, Larry Jones has done good and valuable work for this organization and the community. In addition, he is needed by the organization to complete contracts which the organization has obtained.

5. The pretrial services officer assigned to Larry Jones has visited Larry Jones at his work site. Larry Jones has been on home confinement. He leaves his home to go work and church. There have not been any violations.

6. Larry Jones realizes that it is likely that when he pleads guilty to the narcotics offense in this case, that this Court will take him into custody. He would like to help the organization get started on the projects for the new year and assist in training his replacement before he is in custody. In addition, Larry Jones wants to leave his family with as much money as

possible. Larry Jones has explained to his son that he engaged in criminal conduct and that he must be accountable for his conduct. He is trying to be responsible to an employer who gave him an opportunity and make certain that his son does not repeat the same wrongful conduct. He is aware that the neighborhood from which he comes often leads to a future of being murdered or going to prison. Larry Jones has learned and is hopeful to avoid this fate for his son. [i]

Wherefore, defendant Larry Jones respectfully requests that this Court enter an order allowing him to plead guilty on January 19, 2023, and remain on bond and self-surrender or delay acceptance of the guilty plea until May 1, 2023 or continue the date for defendant Larry Jones to plead guilty to May 1, 2023.

Respectfully submitted,

/s/Phillip A. Turner
Phillip A. Turner
Attorney for defendant
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
312-899-0009
pturner98@sbcglobal.net

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R.Civ.P.5, LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANT LARRY JONES' MOTION TO PLEAD GUILTY ON JANUARY 19, 2023 AND REMAIN ON BOND AND SELF SURRENDER OR DELAY THE ACCEPTANCE OF HIS GUILTY PLEA UNTIL MAY 1, 2023 OR TO CONTINUE THE DATE FOR HIS GUILTY PLEA UNTIL MAY 1, 2023**

was served pursuant to the district court's ECF system as to ECF filers.

        Respectfully submitted,

        /s/Phillip A. Turner
        Phillip A. Turner
        Attorney for defendant
        20 North Clark Street
        Suite 3300
        Chicago, Illinois 60603
        312-899-0009
        pturner98@sbcglobal.net

---

[i] Some of the judges in this district have taken the position that the United States Bureau of Prisons remains under pandemic restrictions at many facilities because of the indoor and congregate living arrangement. Even the least-restrictive Bureau of Prisons facilities, at level one, still require masking. As a result, judges have interpreted the ongoing restrictions as an "exceptional reason" under 18 U.S.C. Section 3145(c) allowing for continued pre-surrender release and self-surrender.