# 1 CITY UNITED

January 6th, 2023

Honorable Judge Virginia Kendall



    My name is Larry Hardimon. I am the President and owner of One City United. My company has contracts with the City of Chicago to clean up blighted areas on the west and south sides of the City of Chicago. We employ primarily black people from the community to clear properties of garbage and vegetation. Larry Jones is one of our workers. He is an excellent worker in every way. I am aware that Larry Jones has a pending federal criminal case and that he is going to prison. Mr. Jones is in a supervisory position, and we need him for several more projects. We are respectfully asking if he could be allowed to remain on bond until May 1, 2023, to help us complete these projects and meet our contractual obligations. It is difficult for us to find reliable workers who are familiar with the challenges of the area in which we work. As you are aware, there is a lot of violent activity, and we must have people who recognize situations developing and take the appropriate precautions to do the work and avoid being murdered. I am grateful to have Mr. Jones as a part of our organization. We are attempting to change the lives people in our community. It is a very difficult task. Since starting with One City United, Mr. Jones has played a key role in helping the organization grow. I know that Larry Jones may be taken into custody on January 19, 2023. Mr. Jones has been very transparent with me while he has been on this journey. I knew eventually the day would come. We have tried our best to prepare for this day by trying to find someone to fill the important role that Mr. Jones plays in the organization and have not yet been successful.

    We have several new projects for the new year with the City of Chicago and it would really be beneficial to us and to our community to have Mr. Jones on board to see these projects through. Most of our contractors and employees have a close relationship with Mr. Jones and are very comfortable working with him. They are pleased when he is leading their projects because they know that he will make sure that the project is successfully completed.

    An extension of time would enable our organization to start off the year with these new projects under our belt. We need Mr. Jones' help to put our organization in a position to obtain and solidify additional future projects. We are confident that these projects will take approximately four months to complete. We respectfully and humbly request that Mr. Jones be allowed to begin his incarceration by surrendering himself on May 1st, 2023.

    If there are any questions, anyone can contact me at my office which is located at <u>5219 W Lake ST, Chicago IL 60644</u> or by calling me at <u>847-370-3217</u>.

Best Regards,

Vice President