IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 20 CR 309-1 |
| | ) | Judge Virginia M. Kendall |
| LARRY JONES, | ) | |

## DISCOVERY LETTER REVIEWED BY THE COURT ON JULY 19, 2023

Defendant Larry Jones, by his attorney Phillip A. Turner, respectfully submits the attached letter dated April 12, 2023, from Assistant United States John D. Mitchell to attorney Phillip A. Turner, counsel for defendant Larry Jones which was reviewed by this Court on July 19, 2023.

                                                  Respectfully submitted,
                                                  /s/ Phillip A. Turner
                                                  Phillip A. Turner
                                                  Attorney for defendant
                                                  20 North Clark Street
                                                  Suite 3300
                                                  Chicago, Illinois 60602
                                                  312-899-0009
                                                  pturner98@sbcglobal.net

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following document:

# DISCOVERY LETTER REVIEWED BY THE COURT ON JULY 19, 2023

was served in accordance with Fed.R.Crim.P. 49, and L.R.5.5, and the General Order on Electronic case Filing (ECF) pursuant to the district court's system as ECF filers.

    Respectfully submitted,

    /s/ Phillip A. Turner
    Phillip A. Turner
    Attorney for defendant
    20 North Clark Street
    Suite 3300
    Chicago, Illinois 60602
    312-899-0009
    pturner98@sbcglobal.net