

U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *John D. Mitchell*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, IL 60604* | *Direct Line: (312) 353-5159*<br>*Fax: (312) 353-4322*<br>*E-mail: john.mitchell@usdoj.gov* |

April 12, 2023

**VIA FEDEX**

Phillip Arnold Turner
Law Offices of Phillip A. Turner
20 North Clark Street
Suite 3300
Chicago, IL 60602

Re: *United States v. Larry Jones, et al.*, **No. 20 CR 309**

Dear Mr. Turner:

In anticipation of the testimony of Dante Dockett and Jamar Spencer at the upcoming sentencing hearing, we have enclosed the following materials. Please refer to the indexes enclosed for a description of the materials being produced.[1]

| | |
|---|---|
| Dante Dockett Reports, Proffers, and Grand Jury | Index enclosed |
| Dante Dockett State Gun and Drug Case Body Wire Cameras | Electronic evidence |
| Dante Dockett State Gun and Drug Case File | Index enclosed |
| Dante Dockett Plea Agreement | |
| Dante Dockett Plea Addendum | |
| Antoine Watkins Murder File | Index enclosed |
| Derrick Jones and Stephen Tucker Homicide File | Index enclosed |
| Jamar Spencer Reports and Grand Jury | Index enclosed |

---

[1] Certain information has been redacted from the enclosed documents.

1

Please feel free to contact me with any questions.

>Very truly yours,
>
>MORRIS PASQUAL
>Acting United States Attorney

By: */s/ John D. Mitchell*
JOHN D. MITCHELL
JIMMY L. ARCE
Assistant United States Attorneys

Enclosures