UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:20-cr-00309-1 |
| | ) | |
| Larry Jones, | ) | Honorable Virginia M. Kendall, |
| | ) | Judge Presiding |
| Defendant. | ) | |

## MOTION TO AMEND DEFENDANT'S
## NOTICE OF APPEAL AND FILE IT *NUNC PRO TUNC*

Defendant, LARRY JONES, by and through counsel, Debra Loevy, of LOEVY + LOEVY, respectfully move this Court to permit Defendant to file an Amended Notice of Appeal *nunc pro tunc* to August 4, 2023. In support of his motion, Defendant states as follows:

1. On July 25, 2023 this Court entered judgment and sentencing in this matter. (Dkt. 206).

2. On August 4, 2023, Defendant filed a timely Notice of Appeal. (Dkt. 210).

3. On August 17, 2023, the United States District Court for the Seventh Circuit ordered Defendant-Appellant to file a status report regarding a deficiency of the Notice of Appeal: that it was not correctly signed by the Defendant or the attorney representing Mr. Jones. (Case No. 23-2557, Dkt. 4).

4. On August 9, 2023, Defendant Jones filed a pro se appearance in the District Court. (Dkt. 215).

5. After several status reports and a Motion to Substitute Counsel, the U.S. Court of Appeals for the Seventh Circuit granted defense counsel's Motion to Substitute on November 16, 2023. (Case No. 23-2557, Dkt. 25).

6. To comply with the Seventh Circuit's order that counsel correct Mr. Jones' Notice of Appeal, counsel for Defendant would like to file the Amended Notice of Appeal, *nunc pro tunc*, to August 4, 2023, the original filing date, attached hereto as Exhibit A.

DATED: November 17, 2023         Respectfully submitted,

                                 s/ Debra Loevy
                                 Debra Loevy


Debra Loevy
Loevy + Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL  60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

      I, Debra Loevy, hereby certify that I served the foregoing on November 17, 2023, using the CM/ECF system, which effected service on all counsel of record for the Plaintiff.

                                          /s/ Debra Loevy
                                          Debra Loevy
                                          *Counsel for Defendant*

Debra Loevy
Attorney for Defendant
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900