UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:20-cr-00309-1 |
| | ) | |
| Larry Jones, | ) | Honorable Virginia M. Kendall, |
| | ) | Judge Presiding |
| Defendant. | ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant, LARRY JONES, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 26, 2023, sentencing him to 188 months of incarceration.

DATED: November 17, 2023 (*nunc pro tunc* to August 4, 2023)

                                        Respectfully submitted,

                                        s/ Debra Loevy
                                        Debra Loevy
                                        *Attorney for Defendant*

Debra Loevy
Loevy + Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL  60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Debra Loevy, hereby certify that I served the foregoing on November 17, 2023, using the CM/ECF system, which effected service on all counsel of record for the Government and present defense counsel.

DATED: November 17, 2023

                                        RESPECTFULLY SUBMITTED,

                                        /s/ Debra Loevy
                                        Debra Loevy

Debra Loevy
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900