# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:20–cr–00309
                                              Honorable Virginia M. Kendall

, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Motion to Amend Notice of Appeal and file it Nunc Pro Tunc to August 4, 2023 [224] is granted. Motion hearing set for 11/22/2023 is stricken. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.