# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 2, 2024

**By the Court:**

| | |
|---|---|
| No. 23-2557 | |
| | Appeal from the United |
| UNITED STATES OF AMERICA, | States District Court for |
|     Plaintiff - Appellee, | the Northern District of Illinois, |
| | Eastern Division. |
| v. | |
| | No. 1:20-cr-00309-1 |
| LARRY JONES, | |
|     Defendant - Appellant. | Virginia M. Kendall, |
| | *Judge.* |

    This matter comes before the court on consideration of the Status Report filed by Attorney Debra Loevy on February 1, 2024.

    A statement of issues is not needed for motions to proceed *in forma pauperis* on appeal in direct criminal appeals. The sole determination of *in forma pauperis* status for criminal appeals is whether the defendant is "financially unable" to obtain adequate representation, not the inability to prepay fees and costs. 18 U.S.C. § 3006A (b); *see also United States v. Durham*; 922 F.3d 845 (7th Cir. 2019) (Wood, C.J., in chambers). Accordingly,

    **IT IS ORDERED** that attorney Debra Loevy resubmit defendant-appellant Larry Jones's application to proceed on appeal *in forma pauperis* before the district court for its consideration.

    **IT IS FURTHER ORDERED** that attorney Debra Loevy file, on or before February 15, 2024, a status report regarding the district court's disposition of the resubmitted application to proceed on appeal *in forma pauperis*.

    Briefing shall continue to be **SUSPENDED** pending further court order.