United States Court of Appeals
for the Seventh Circuit

MR
FILED
SEP 08 2025 KB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America,
Plaintiff,
v
Larry Jones,
Defendant,

Nos: 23-2557
1:20-cr-00309

Motion for Review of Sentence Under 18 USC § 3742

Now comes the Defendant, Larry Jones, Pro-Se, with motion for a review of his sentence because of a miscalculated guideline range, pursuant to 18 U.S.C. § 3742.

Jone's' PSR reflects the accurate dates of release for both cases attributed the Seven (7) criminal history points that were not applicable under 4A1.1 or 4A1.2 of the USSG. Because his date of release from incarceration from both cases was May 14, 2003, and the earliest date of the instant offense was September 2018, the 15 year period for calculation did not apply. Lines 39 and 42 of Jones' PSR also state the expiration

of his sentences without any later incarceration, meaning Zero points applied. 4A1.1(e)(3)

Only a jury, acting on proof beyond a reasonable doubt, may take a person's liberty. "A jury must find beyond a reasonable doubt every fact "which the law makes essential to [a] punishment," that a judge might later seek to impose." Blakely, 542 U.S. at 304, 124 S.Ct. 2531, 159 L.Ed 2d 403. However, this is what took place at Jones' sentencing Hearing, Severely altering not only his offense level from a Base Level of 24, to a 32, but also ignored both Apprendi and Alleyne, by changing the madatory minimum and maximum Term of Imprisonment allowed by law.

When taken in totality, Jones was sentenced to 188 months at an Offense level of 31 and a Category IV. This was plain error, as the charging document states 174.7g Heroin, a Base

offense level of 24 ("100g but less than 400g of Heroin" 2D1.1) and a criminal history category of I. (4A1.1(e)(3)) The guideline range here would be 51-63 months. That is without consideration for acceptance of responsibility.

    It is because of these errors Jones seeks relief under 18 U.S.C. §3742, and requests his sentence be modified to reflect a correct guideline range calculation.

Respectfully Submitted,


Larry Jones 55044-424
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

LARRY Jones #55044-424
federal Correctional Institution
P.O. box 1000
Oxford, WI 53952

RECEIVED
SEP 08 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

⇔55044-424⇔
Clerk Of Courts
219 S Dearborn ST
N. District IL 20th flr
Chicago, IL 60604
United States

09/08/2025-32