IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) ) ) | Case No. 1:20-cr-00309 |
| v. | ) ) | |
| LARRY JONES, | ) ) | |
|     Defendant. | ) ) ) ) | |

## MOTION FOR LEAVE TO WITHDRAW

Defense counsel, Debra Loevy and Loevy + Loevy, pursuant to Local Rule 83.17, seeks leave of this Court to withdraw attorney as counsel for Defendant. In support thereof, counsel states as follows:

1. On November 17, 2023, Debra Loevy, of the law firm Loevy + Loevy, filed her appearance in this matter in the 7th Circuit Court of Appeals, Case No. 23-2557.

2. Ms. Loevy briefly appeared in this Court for the sole purpose of assisting Mr. Jones in perfecting his appeal. *See* Doc.224 (Defendant's Motion to file an Amended Notice of Appeal *Nunc Pro Tunc*); Doc.227 (Amended Notice of Appeal); Doc. 228 (Motion to Proceed *in Forma Pauperis*); Doc.230 (Motion to Obtain Certain Portions of the Record).

3. On March 22, 2025, Appellate Counsel Debra Loevy sought leave of court from the Seventh Circuit to withdraw her representation. *See* Dkt. 42, Case No. 23-2557, 7th Circuit.

4. On that same date, new counsel filed a motion seeking to appear and attaching consent from Mr. Jones for the substitution of counsel. *See* Dkt. 41, Case No. 23-2557, 7th Circuit.

5.  On March 25, 2024, the Seventh Circuit granted substitution of counsel, removing Debra Loevy and Loevy + Loevy from the case. *See* Dkt. 43, Case No. 23-2557, 7th Circuit. Substitute counsel, Allan A. Ackerman, has represented Mr. Jones since that date, and Debra Loevy and Loevy + Loevy have not been involved with this case since that date.

6.  This substitution of counsel was completed with Mr. Jones' consent. *See* Dkt. 41-2, Case No. 23-2557, 7th Circuit.

7.  Due to an oversight, however, counsel failed to seek this Court's leave to withdraw as well. Accordingly, counsel is hereby doing so.

8.  On September 8, 2025, Mr. Jones filed a *pro se* Motion for Review of Sentence. *See* Dkt. 241. Ms. Loevy is not representing Mr. Jones in that Motion.

9.  Attached to this Motion is the Notification of Parties form for Mr. Jones.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Debra Loevy and Loevy + Loevy to withdraw as counsel in this matter.

Respectfully Submitted,

/s/ Debra Loevy
Debra Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

      I, Debra Loevy, an attorney, hereby certify that on September 10, 2025, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record and sent via US Postal Service a copy of the forgoing to:

    Larry Jones – 55044-424
    Federal Correctional Institution
    PO Box 1000
    Oxford WI 53952

                                            /s/ Debra Loevy